# IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,  :  No. 90 EAL 2016
                              :
           Petitioner        :
                              :  Petition for Allowance of Appeal from
                              :  the Order of the Superior Court
          v.                 :
                              :
                              :
CARLOS J.F. FIGUEROA-FAGOT,     :
                              :
          Respondent     :

## ORDER

**PER CURIAM**

     **AND NOW**, this 18th day of July, 2016, the Petition for Allowance of Appeal is **GRANTED**, **LIMITED TO** the issue set forth below.  Allocatur is **DENIED** as to all remaining issues.  The issue, rephrased for clarity, is:

> Is the Superior Court's definition of "tends to corrupt" as "conduct toward a child in an unlimited variety of ways which tends to produce or to encourage or to continue conduct of the child which would amount to delinquent conduct" consistent with the General Assembly's intent when it drafted 18 Pa.C.S.A. § 6301(a)(1)(i), the statute governing the crime of corruption of minors?

Justice Wecht did not participate in the consideration or decision of this matter.